

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2022

No. 04-22-00166-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Luz Elena D. Chapa, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Following a March 15, 2022 hearing, the trial court signed an order entitled "Order Following Hearing Regarding Placement" (the "March 15 order").

On March 21, 2022, the Relator filed a petition for writ of mandamus complaining of the March 15 order. Relator also filed a motion asking this court to stay: the March 15 order, "any new or revised orders to have the same effect," and the "trial court from taking punitive and coercive action to enforce the provisions of that order, including but not limited to incarceration and monetary sanctions."

Given the time constraints, the Relator has not been able to obtain a transcript of the hearing. We ORDER Relator to file, **no later than April 1, 2022**, a transcript of the March 15, 2022 hearing.

We GRANT the motion for temporary emergency relief in part as follows:

1.     The following decretal paragraph in the trial court's "Order Following Hearing Regarding Placement" rendered on March 15, 2022, and signed on March 18, 2022, is STAYED pending further order of this court:

> 2.1 IT IS ORDERED that a child specific contract shall be entered on or before March 25, 2022 that calls for payment up to the amount of $800 per day for placement of E.R.G.

---

[1] This proceeding arises out of Cause No. 2020-PA-01204, styled *In The Interest of E.R.G., A Child*, pending in the 37th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.

2.     Any further proceedings regarding the creation of contracts or the payment of funds regarding the child's placement and services are STAYED pending further order of this court.

3.     Any contempt proceedings, sanctions, or any enforcement of the "Order Following Hearing Regarding Placement" are STAYED pending further order of this court.

It is so **ORDERED** on March 22, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court